**KC**

**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**NOVEMBER 28, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6686**

In the Matter of                                                                 Case Number:

Yasein Ali Abbas, Plaintiff, v. IMI Cornelius, Inc., Defendant.

**JUDGE MANNING**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Rima Kapitan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Rima Kapitan | |
| FIRM <br> CAIR-Chicago | |
| STREET ADDRESS <br> 28 E. Jackson, Suite 1410 | |
| CITY/STATE/ZIP <br> Chicago/IL/60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286541 | TELEPHONE NUMBER <br> 312-212-1520 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐