EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 210-2005-03761 |

Illinois Department Of Human Rights ___ and EEOC
*State or local Agency, if any*

**Name** (Indicate Mr., Ms., Mrs.): Mr. Yasein Ali Abbas
**Home Phone No.** (Incl Area Code): (630) 871-1743
**Date of Birth**:

**Street Address**: 1214 E Roosevelt Rd #2    **City, State and ZIP Code**: Wheaton, IL 60187

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: IMI CORNELIUS INC.
**No. Employees, Members**: 201 - 500
**Phone No.** (Include Area Code): (630) 539-6965
**Street Address**: 101 Regency Drive    **City, State and ZIP Code**: Glendale Heights, IL 60139

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 10-27-2004    Latest: 02-22-2005
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on January 2, 2001, and my most recent position was Assembly. In June 2003, I filed a charge against Respondent with the Illinois Department of Human Rights alleging discrimination based on national origin. I continued to experience discriminatory treatment. On October 27, 2004, I was disciplined for poor work performance which was not my fault. On January 20, 2005, Respondent attempted to discipline me for attendance infractions even though I did not violate Respondent's attendance policy. I was also subjected to sexual harassment. On February 22, 2004, I was discharged.

I believe that I have been discriminated against based on my national origin, African, sex, male, and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC

MAR 2 5 2005

CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Mar 25, 2005    X Yasein Ali Abbas
Date    Charging Party Signature

SUBSCRIBED AND SWORN
(month, day, year)

Exhibit A