# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6686 | **DATE** | 3/20/2008 |
| **CASE TITLE** | Abbas vs. IMI Cornelius, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 5/29/2008 at 11:00 a.m. Plaintiff's oral motion for leave to file 3rd amended complaint is granted. Defendant shall respond 60 days from the date of service.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | rs |
|---|---|---|