IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YASEIN ABBAS, | |
| Plaintiff, | Case No. 07 C 6686 |
| v. | Hon. Judge Manning |
| IMI CORNELIUS, INC., | Magistrate Judge Mason |
| Defendant. | |

**JOINT STATUS REPORT**

Plaintiff Yasein Abbas, by his attorney, and Defendant IMI Cornelius, Inc. ("IMI"), by its attorneys, hereby submit a Joint Status Report pursuant to Magistrate Judge Mason's Order dated May 6, 2008.

1.  <u>Brief Summary of the Claims Asserted in the Complaint</u>: Plaintiff alleges that IMI discriminated against him on account of his religion, ethnicity and national background. Plaintiff also alleges that, after he complained of discrimination, IMI retaliated against him through a series of reprimands and ultimately by terminating his employment.

2.  <u>Brief Statement of Relief Sought</u>: Plaintiff seeks a written apology from IMI, removal of disciplinary warnings and reprimands issued by IMI, wages and benefits he would have received but for the alleged discrimination and retaliation, compensatory damages, punitive damages, costs and reasonable attorney's fees.

3.  <u>Brief Description of Matter Referred to Magistrate</u>: Please see the copy of the referral order attached to this Joint Status Report.

4.  <u>Status of Briefing on Matters Referred</u>: Neither party has briefed any of the matters referred.

5.  <u>Description of Discovery Completed/Contemplated</u>:

      A.      <u>Depositions that have been taken</u>:  None.

      B.      <u>Depositions that have been scheduled</u>:  None.

      C.      <u>Other discovery contemplated</u>:  IMI anticipates taking the deposition of Plaintiff, as well as witnesses identified by Plaintiff during discovery.  Plaintiff anticipates taking the deposition(s) of certain of Defendant's supervisors and managers..  The parties anticipate the need for written discovery, including interrogatories and document production addressed to both Plaintiff and IMI.

6.      <u>Discovery Deadlines</u>:  Judge Manning has not established any dates for discovery cut-off, submission of a pretrial order, or trial.  The parties propose a fact discovery cut-off date of March 31 2009.  The parties do not anticipate the need for an expert discovery schedule.

7.      <u>Status of Settlement Negotiations</u>:  To date, the parties have not engaged in settlement negotiations.

Dated:    June 5, 2008

     s/ Benjamin B. Folsom
Benjamin B. Folsom #6292830
Foley & Lardner
321 N. Clark Street, Suite 2800
Chicago, Illinois  60610
Tel. (312) 832-4500
Fax. (312) 832-4700

Attorney for Defendant IMI Cornelius, Inc.

     s/ Patricia Kemling
Patricia Kemling
Attorney # 6294379
The Council on American Islamic Relations
28 E. Jackson Blvd, Suite 1410
Chicago, IL 60604
Tel. 312.2121520

Attorney for Plaintiff Yasein Abbas