**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YASEIN ABBAS, | |
|       Plaintiff, | Case No. 07 C 6686 |
| v. | Judge Blanche M. Manning |
| IMI CORNELIUS, INC., | Magistrate Judge Michael T. Mason |
|       Defendant. | |

**IMI CORNELIUS, INC.'S NOTIFICATION OF
AFFILIATES DISCLOSURE STATEMENT**

      IMI Cornelius, Inc., by and through its attorneys, hereby submits the following Notification of Affiliates Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 as follows:

      1.    IMI Cornelius, Inc. is a subsidiary of IMI, plc, a British Corporation. No other publicly held corporation owns five percent (5%) or more of its stock.

      IMI Cornelius, Inc.

      By:___/s/Benjamin B. Folsom_____
            One of their attorneys

Benjamin B. Folsom (#6292830)
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, Illinois 60610
312.832.4500 (telephone)
312. 832.4700 (facsimile)

CHIC_3076922.1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YASEIN ABBAS, | |
| Plaintiff, | Case No. 07 C 6686 |
| v. | Judge Blanche M. Manning |
| IMI CORNELIUS, INC., | Magistrate Judge Michael T. Mason |
| Defendant. | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on June 9, 2008, IMI Cornelius, Inc. filed with the Clerk of the United States Court for the Northern District of Illinois, Eastern Division *via* the Court's CM-ECF system, **IMI Cornelius, Inc's Notification of Affiliates Disclosure Statement**, copies of which are attached hereto and served upon you.

Dated: June 9, 2008

                                                      Respectfully submitted,

                                                      IMI Cornelius, Inc.

                                                      By:_____*/s/ Benjamin B. Folsom*_____
                                                                One Of Their Attorneys

Benjamin B. Folsom (#6292830)
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, Illinois 60610
312.832.4500 (telephone)
312. 832.4700 (facsimile)

## CERTIFICATE OF SERVICE

I, Benjamin B. Folsom, an attorney, state that on June 9, 2008, I caused a true and correct copy of **IMI Cornelius, Inc.'s Notification of Affiliates Disclosure Statement** to be served on the following ECF participants by electronic mail through the Court's ECF filing system:

Patricia Ann Kemling:       patricia.kemling@gmail.com

                                 _/s/ Benjamin B. Folsom_____

                                 FOLEY & LARDNER LLP
                                 321 N. Clark Street, Suite 2800
                                 Chicago, IL 60625
                                 312.832.4500 (telephone)
                                 312.832.4700 (facsimile)