# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Yasein Ali Abbas
                      Plaintiff,

v.                                              Case No.: 1:07−cv−06686
                                              Honorable Blanche M. Manning

IMI Cornelius, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Initial status hearing held. Fact discovery cut−off set for 12/12/08. Status hearing set for 7/17/08 at 9:00 a.m. The parties should be prepared to discuss deposition scheduling at that time. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.