**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:   07 C 6686

YASEIN ALI ABBAS, Plaintiff

v.

IMI CORNELIUS, INC., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

YASEIN ALI ABBAS, Plaintiff

NAME (Type or print)
Kevin Vodak

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Kevin Vodak

FIRM   Council on American-Islamic Relations, Chicago Chapter

STREET ADDRESS   28 E. Jackson Blvd., Suite 1420

CITY/STATE/ZIP   Chicago, IL 60604

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6270773       TELEPHONE NUMBER  312-212-1520

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                          APPOINTED COUNSEL