UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Yasein Ali Abbas
                          Plaintiff,

v.                                          Case No.: 1:07−cv−06686
                                                Honorable Blanche M. Manning

IMI Cornelius, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Blanche M. Manning:Status hearing held on 7/29/2008 and continued to 10/28/2008 at 11:00 AM. Parties shall provide a courtesy copy of a proposed discovery scheduling plan to this court as well as to Magistrate Judge Mason by the next hearing.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.